**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHILISA RHODES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **Civ. Act. No: 12-0449 (ABJ)** |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties respectfully request an enlargement of time to complete discovery in the aforementioned case until April 18, 2013.  Discovery is scheduled to end on March 29, 2013.  Although a considerable amount of discovery has been completed, the parties are requesting a short extension of the existing discovery deadline for supplementary written discovery and the depositions of Defendant's expert witnesses, which are scheduled for April.

The parties are also requesting that the existing deadline for the filing of Motions In Limine be changed from April 12, 2013 to April 26, 2013 and the filing deadline for Oppositions be extended to May 10, 2013.

The additional enlargement of time is reasonably necessary to complete the discovery in the instant case given the schedules of the experts and other litigation responsibilities of counsel.

Therefore, the parties request that the existing Scheduling Order be amended as

follows:

|  |  |
|---|---|
| Discovery Closed | 4/18/13 |
| Motions In Limine | 4/19/13 |
| Oppositions | 5/10/13 |

No other changes to the Scheduling Order are being requested.

An order granting the relief sought is attached hereto.

Respectfully submitted,

 /s/ Melissa Rhea

_____

| | |
|---|---|
| MELISSA RHEA, ESQ. | RONALD C. MACHEN JR. |
| D.C. BAR # 367196 | D.C. BAR # 447889 |
| Jack H. Olender & Associates, P.C. | United States Attorney |
| 888 17th Street, NW, 4th Floor | for the District of Columbia |
| Washington, DC  20006 | |
| | |
| (202) 879-7777 | DANIEL F. VAN HORN, |
| | D.C. BAR # 924092 |
| | Chief, Civil Division |

/s/ Heather Graham-Oliver

By:   _____

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 - 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1334
Heather.graham-oliver@usdoj.gov

2