# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5339          September Term, 2013

1:12-cv-00449-BAH

Filed On: March 31, 2014

Shilisa Rhodes,

    Appellee

v.

United States of America,

    Appellant

**BEFORE:** Henderson, Rogers, and Tatel, Circuit Judges

## ORDER

Upon consideration of appellant's consent motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

A True copy: